EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 23 2003

at 10 o'clock and 34 min. a M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>LESLIE JOHN FERNANDEZ,  (01) )<br>JONATHAN CALPITO   (02) )<br>  )<br>      Defendants.  )<br>_____ ) | CR. NO. CR03 00594 SOM<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846; 841(a)(1);<br> 841(b)(1)(A)] |

### INDICTMENT

The Grand Jury charges:

At a date unknown to the Grand Jury, but at least beginning by early December, 2003 and continuing to December 11, 2003, in the District of Hawaii and elsewhere, LESLIE JOHN FERNANDEZ and JONATHAN CALPITO, the defendants, did willfully and unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with

intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

DATED:   December __23__, 2003, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

*[signature]*
KENNETH M. SORENSON
Assistant U.S. Attorney