| LAND COURT | REGULAR SYSTEM |
|---|---|

RETURN BY: MAIL ( ) PICKUP ( ) TO:

Glenn D. Choy, Esq.
735 Bishop Street, Suite 322
Honolulu, Hawaii 96813

## RELEASE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

THAT SUE BEITIA, CLERK OF THE COURT, THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, holder of that certain mortgage dated January 12, 2004, made by Mariano Minoru Castillo, of Mililani, Hawaii, as Mortgagor, recorded in the Bureau of Conveyances of the State of Hawaii as document number 3053536, does hereby cancel, release and forever discharge said Mortgage together with the bond thereby secured.

IN WITNESS WHEREOF SUE BEITIA, Clerk of the Court, the United States District Court for the District of Hawaii, has executed these presents on this  23rd  day of  March , 2006.

_____
by SUE BEITIA
CLERK OF THE COURT
THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

STATE OF HAWAII            )
                           )   ss.
CITY AND COUNTY OF HONOLULU )

On this 23rd day of March, 2006, before me appeared SUE BEITIA, Clerk of the Court, United States District Court for the District of Hawaii, to me known to be the person described in and who executed the same as his free act and deed.

_____
Notary Public, State of Hawaii  Eileen Chun Sakoda

My commission expires: 3-20-2008